No. 63172.—Applicator Enterprises, Inc. v. United States, protest 58/21421 (New York).

*Opinion by* OLIVER, C. J.  In  accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respect to those the subject of Abstract 61191, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JUNE 16, 1959

No. 63173.—Shoma Tojo v. United States, protest 214301–K (Honolulu).

*Opinion by* OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of so-called chixexers the same in all material respects as those the subject of *Inter-Maritime Forwarding Co., Inc.* v. *United States* (45 C.C.P.A. 125, C.A.D. 685), the claim of the plaintiff was sustained.

No. 63174.—Manca, Inc. v. United States, protest 311075–K (New York).

*Opinion by* OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of rangefinder prisms built into the Leica camera and are necessary for the operation of the camera, the claim of the plaintiff was sustained.